No. 10–1270. DOTCH v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 10–1271. COBLE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–1272. TALLEY v. HOUSING AUTHORITY OF COLUMBUS, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1275. CONSTANT v. CALIFORNIA EX REL. DEPARTMENT OF TRANSPORTATION. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 10–1277. CAMPBELL v. KELLERMYER BUILDING SERVICES, LLC. Super. Ct. Pa. Certiorari denied.

No. 10–1279. FLINT v. KING, JUDGE, DISTRICT COURT OF KENTUCKY, JEFFERSON COUNTY. C. A. 6th Cir. Certiorari denied.

No. 10–1280. WIDTFELDT v. NEBRASKA EQUAL OPPORTUNITY COMMISSION ET AL. Ct. App. Neb. Certiorari denied.

No. 10–1281. LINDGREN v. GLACIAL PLAINS COOPERATIVE. Ct. App. Minn. Certiorari denied.

No. 10–1288. YILING ZHANG v. INLAND COUNTIES REGIONAL CENTER, INC. Ct. App. Cal., 4th App. Dist., Div. 2 Certiorari denied.

No. 10–1355. RACZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–1387. DOUGLAS v. UNITED STATES; and
No. 10–10483. CAMPBELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–1392. HAAGENSEN v. SUPREME COURT OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–1398. BUSSON-SOKOLIK ET AL. v. MILWAUKEE SCHOOL OF ENGINEERING. C. A. 7th Cir. Certiorari denied.